

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00177-CV

Gerald **PORTER**,
Appellant

v.

Lydia **SERNA**, Galan G., Jessica M. Garcia, Lorraine C. Salas, and Cheryl Lawson,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-07-00162-CV
Honorable Ron Carr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant, Gerald Porter, in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED December 31, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice